UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:13-cr-16 |
| ) | |
| v. ) | |
| ) | MATTICE / LEE |
| ROSA RAMIREZ ) | |

**O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw her not guilty plea to Counts One, Two, Three, and Four of the four-count Superseding Indictment; (2) accept Defendant's plea of guilty to Counts One, Two, Three, and Four of the Superseding Indictment; (3) adjudicate Defendant guilty of the charges set forth in Counts One, Two, Three, and Four of the Superseding Indictment; and (4) find Defendant shall remain in custody until sentencing in this matter [Doc. 20]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 20] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw her not guilty plea to Counts One, Two, Three, and Four of the Superseding Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Counts One, Two, Three, and Four of the Superseding Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts One, Two, Three, and Four of the Superseding Indictment;

(4) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **Monday, January 13, 2014 at 2:00 p.m. [EASTERN]** before the Honorable Harry S. Mattice, Jr.

**SO ORDERED.**

**ENTER:**

                                       */s/Harry S. Mattice, Jr.*
                                       HARRY S. MATTICE, JR.
                                       UNITED STATES DISTRICT JUDGE